IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON, | 1:07-cv-01793-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO SUBMIT IN |
| vs. | FORMA PAUPERIS APPLICATION |
| KERN VALLEY STATE PRISON, et al., | (DOCUMENT #4, 6) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 18, 2008 and January 31, 2008, plaintiff filed a motion to extend time to submit a in forma pauperis application. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to submit his in forma pauperis application .

IT IS SO ORDERED.

Dated: **February 12, 2008**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE