1
2
3
4

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

5
6
7
8
9
10
11

| | | |
|---|---|---|
| STEPHEN JACKSON, | ) | 1: 07 CV 01793 LJO DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | PURSUANT TO PLAINTIFF'S |
| v. | ) | NOTICE OF VOLUNTARY |
| | ) | DISMISSAL |
| KERN VALLEY STATE PRISON, et al., | ) | |
| | ) | (DOC # 8) |
| Defendants. | ) | |
| | ) | |

12
13      Plaintiff is a prisoner proceeding pro se.  Plaintiff has filed a civil rights complaint and has
14   requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

15      On February 25, 2008, plaintiff filed a document in which he states that he wishes to dismiss
16   this action.  Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by
17   plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a
18   motion for summary judgment.  None of the defendants named in this action have been served with
19   the complaint, thus they have not filed an answer or other responsive pleading.

20      Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal
21   and the Clerk of Court is directed to close the file in this action.

22   IT IS SO ORDERED.

23   **Dated:    March 7, 2008**              **/s/ Lawrence J. O'Neill**
24                                    UNITED STATES DISTRICT JUDGE
25
26
27
28